# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | |
|---|---|
| TWIN CITY FIRE INSURANCE COMPANY, | ) ) ) |
| Plaintiff, | ) No.: 2:23-cv-00510 |
| vs. | ) ) |
| RK FAMILY, INC., RK HOLDINGS, LLP dba RURAL KING, and SHAUN AMRINE, | ) ) ) ) |
| Defendants. | ) ) |

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Rule 41(a)(1)(A)(i), Fed. R. Civ. P., plaintiff Twin City Fire Insurance Company dismisses this action in its entirety without prejudice. No defendant has served an answer or a motion for summary judgment. Each party to bear its own costs and respective attorney's fees.

Respectfully submitted,

By: /s/ Marcia L. Pearson
Attorney for Twin City Fire Insurance Company

Marcia L. Pearson (0096470)
(marcia.pearson@wilsonelser.com)
Wilson Elser Moskowitz Edelman & Dicker LLP
100 Mallard Creek Road - Suite 250
Louisville, KY 40207
502.238.8500 (Main)
502.238.7844 (Fax)